AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Betty Dusagne-Hayer, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.    2:15-CV-04341-DCN-BM |
| Karnalyte Resources Inc; Robin Phinney; Quentin Plester; Julius Brinkman; Henry Kerkhoven; Sokurn Sue Ng; Vishvesh D Nanavaty; Sanjeev V Varma; Mukund Purohit; John Doe 1-10; Jane Doe 1-10, | ) ) ) ) |
| *Defendants* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other:   The Report and Recommendations of United States Magistrate Judge Bristow Marchant is accepted. This case is dismissed without prejudice. The Plaintiff shall take nothing on his Complaint filed pursuant to Title 18 U.S.C.§ 1961.                                                                                                                    .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by Judge    Honorable David C. Norton, United States District Judge

Date:   May 25, 2017

Tqdkp"N0Dnwog
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*